FILED
3/15/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
AK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN DIXON | Case No.<br><br>Violations: Title 18, United States Code, Sections 922(g)(1) and (o)(1)<br><br>1:22-cr-00140<br>Judge Virginia M. Kendall<br>Magistrate Judge Young B. Kim |

### COUNT ONE

The SPECIAL MAY 2021 GRAND JURY charges:

On or about June 6, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

KEVIN DIXON,

defendant herein, knowingly possessed a machinegun, as defined in Title 26, United States Code, Section 5845(b), namely a loaded Glock 23, bearing serial number BRZC943, which had been converted to shoot automatically more than one shot, without manual reloading, by a single function of the trigger;

In violation of Title 18, United States Code, Section 922(o)(1).

## COUNT TWO

The SPECIAL MAY 2021 GRAND JURY charges:

On or about June 6, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

## KEVIN DIXON,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely a loaded Glock 23, bearing serial number BRZC943, with an attached conversion device, also known as an "auto sear" and "Glock switch," which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL MAY 2021 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922, as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a loaded Glock 23, bearing serial number BRZC943, with an attached conversion device, also known as an "auto sear" and "Glock switch," and associated ammunition.

A TRUE BILL:

_____
FOREPERSON


_____
UNITED STATES ATTORNEY