1:22-cr-00140-1
Honorable Virginia M. Kendall
Magistrate Judge Young B. Kim
DIRECT / Cat 3

**FILED**

FEB 29 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN DIXON | Case No. 22 CR 140<br><br>Violations: Title 18, United States Code, Section 922(g)(1) and 922(o)(1)<br><br>**SUPERSEDING INDICTMENT** |

### COUNT ONE

The SPECIAL JANUARY 2023 GRAND JURY charges:

On or about June 6, 2021, at Lansing, in the Northern District of Illinois, Eastern Division,

KEVIN DIXON,

defendant herein, knowingly possessed a machinegun, as defined in Title 26, United States Code, Section 5845(b), namely a loaded Glock 23, bearing serial number BRZD943, which had been converted to shoot automatically more than one shot, without manual reloading, by a single function of the trigger;

In violation of Title 18, United States Code, Section 922(o)(1).



## COUNT TWO

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about June 6, 2021, at Lansing, in the Northern District of Illinois, Eastern Division,

KEVIN DIXON,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely a loaded Glock 23, bearing serial number BRZD943, with an attached conversion device, also known as an "auto sear" and "Glock switch," which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2023 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922, as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a loaded Glock 23, bearing serial number BRZD943, with an attached conversion device, also known as an "auto sear" and "Glock switch," and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY