UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

v.

KEVIN DIXON

Case No. 22 CR 140

Judge Virginia M. Kendall

## **ORDER**

In light of the need for certain evidentiary items to be introduced into evidence in the trial of this case, the Court orders as follows:

1.      Representative from the Bureau of Alcohol, Tobacco, Firearms, and Explosives may carry the following items into Courtroom 2503 at the Dirksen Federal Courthouse for trial: the Glock, model 23, bearing serial number BRZD943, and associated ammunition.

2.      The firearm shall be rendered safe, inoperable, and unable to discharge. The United States Marshals Service may impose any restriction to ensure that the firearm is rendered safe.

ENTERED:

Date: 3/13/2024

VIRGINIA M. KENDALL
United States District Judge