UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 22 CR 140 |
| | ) | |
| KEVIN DIXON | ) | Judge Virginia M. Kendall |
| | ) | |

**GOVERNMENT'S UNOPPOSED MOTION
FOR AN EXTENSION OF TIME**

The UNITED STATES OF AMERICA, by its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, hereby respectfully moves this Court for an extension of the deadline to provide its response to defendant's post-trial motions, to and including November 18, 2024:

1. Defendant KEVIN DIXON was convicted in the above-captioned case. On October 10, 2024, following appointment of new counsel this Court set post-trial motion deadlines, including a deadline of November 6, 2024, for the government to file its response brief. Dkt. 203.

2. Lead counsel for the government concluded a two-week jury trial on November 1, 2024, and a verdict in that case was returned on November 4, 2024. Co-counsel for the government served his last day as a Special Assistant United States Attorney on November 1, 2024. For these reasons, the government requests additional time to respond to defendant's post-trial motions.

3. The government reached out to defense counsel, who does not oppose this motion.[1]

4. For the foregoing reasons, the government respectfully request an extension of time to respond to post-trial motions to and including November 18, 2024. Accordingly, the government would also respectfully request that any other dates be reset accordingly.

                                                      Respectfully submitted,

                                                      MORRIS PASQUAL
                                                      Acting United States Attorney

By:   */s/Kristen Totten*
       KRISTEN TOTTEN
       Assistant United States Attorney
       219 South Dearborn, 5th Floor
       Chicago, Illinois 60604
       312-353-5340

---

[1] In addition, the government notes that defendant filed a motion for self-representation that is set for hearing on or about November 14, 2024, that may or may not impact whether the defendant will proceed on the currently-filed post-trial motions. Dkt. 210.